IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSE LUIS RODRIGUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 3:08-0175 |
| v. ) | JUDGE HAYNES |
| ) | |
| JOE EASTERLING, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Upon review of the petition, the Federal Public Defender is appointed to represent Petitioner and is give thirty (30) days to file an amended petition, if necessary. The Respondent shall have 30 days thereafter to file a response.

It is so **ORDERED**.

**ENTERED** this the 12th day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge