IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | NO. 3:08-00175 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JOE EASTERLING, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

A mailed copy of the Court's most recent Order was returned to the Court with the notation, "Not here Gone – Forward." (Docket Entry No. 20). Accordingly, Petitioner's counsel is **ORDERED** to file a report within ten (10) days of the date of this Order as to whether Petitioner has been released from incarceration rendering this action moot.

It is so **ORDERED**.

ENTERED this the 10th day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge