UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS RODRIGUEZ | ) | |
| | ) | |
| v. | ) | No. 3:08-0175 |
| | ) | JUDGE HAYNES |
| JOE EASTERLING, Warden | ) | |

## MOTION FOR AN EXTENSION TO VERIFY PETITIONER'S CUSTODIAL STATUS

Comes Jude T. Lenahan, appointed counsel for the Petitioner, Jose Luis Rodriguez and would state as follows.

On December 14, 2010, the court ordered counsel to ascertain the petitioner's incarceration status. (D.E. 21).

Counsel and his investigator are seeking the information necessary for the court. At this point, it appears that Mr. Rodriguez has been released and his supervision has been transferred to the state of Texas. Counsel and his investigator are seeking to speak to the supervising officer and to Mr. Rodriguez to define his actual status.

Counsel respectfully requests an extension to January 7, 2011, in which to report to the court.