IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JOSE LUIS RODRIGUEZ, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | NO. 3:08-00175 JUDGE HAYNES |
| v. | ) ) | |
| JOE EASTERLING, Warden, | ) ) | |
| Respondent. | ) | |

## ORDER

Petitioner's counsel is **ORDERED** to file a report within ten (10) days of the date of this Order as to whether Petitioner intends to pursue this action or whether this action has been rendered moot due to Petitioner's release from incarceration.

It is so **ORDERED**.

ENTERED this the 7th day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge