IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSE LUIS RODRIGUEZ, ) | |
| ) | |
| Petitioner, ) | NO. 3:08-00175 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| JOE EASTERLING, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

In accordance with Petitioner's notice of voluntary dismissal (Docket Entry No. 27) and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 21st day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge